**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | | |
|---|---|---|
| Case No: | 13-17165   RAM   Judge: ROBERT A. MARK | Trustee Name: MARCIA T. DUNN, TRUSTEE |
| Case Name: | SARGENTON ELECTRIC CORPORATION | Date Filed (f) or Converted (c): 03/29/13 (f) |
| | | 341(a) Meeting Date: 05/06/13 |
| For Period Ending: | 12/31/14 | Claims Bar Date: 08/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank United Checking Account No.:1380 | 0.60 | 0.00 | | 0.00 | FA |
| 2. 1999 Ford Econoline E250 **Paid in Full** VIN#1FTP | 3,255.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 12/29/14, ECF 17 | | | | | |
| 3. 1997 Ford Econoline E150 **Paid in Full** VIN#1FTE | 2,750.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 12/29/14, ECF 17 | | | | | |
| 4. Sargenton Electric Inventory | 1,861.40 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 12/29/14, ECF 17 | | | | | |
| 5. Preference Demand letter - AMEX (u) | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $7,867.00 | $0.00 | | $0.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 02, 2013  Tabas' firm to represent the trustee; trustee to determine whether there are assets available for the benefit of creditors.

September 26, 2013 Discovery and other legal work is on going.

October 08, 2013 Personal property in case, including old vehicles and some inventory has no resale value; trustee has been unable to liquidate despite numerous attempts.  Trustee to abandon personal property.  Principals of the business, Rene Sargenton and Carlos Zalada, both of whom may have been recipients of fraudulent transfers, have both filed personal bankruptcy.  Trustee sending out demand letters regarding potential preferences.

LFORM1

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 13-17165    RAM    Judge: ROBERT A. MARK | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | SARGENTON ELECTRIC CORPORATION | Date Filed (f) or Converted (c): | 03/29/13 (f) |
| | | 341(a) Meeting Date: | 05/06/13 |
| | | Claims Bar Date: | 08/05/13 |

December 09, 2013 Trustee has sent demand letters to AMEX and Bank United for preferences; they have responded claiming they fall under the new value and ordinary course exceptions, respectively; trustee's counsel is reviewing to determine the validity of those claims.

April 25, 2014 Legal work is on-going. Discovery efforts are on-going related to potential preference claims.

October 01, 2014 Pending invoices and documents related to defense to demand letter to AMEX; legal work is on going.

January 09, 2015 Trustee's counsel has received the documents from AMEX and reviewed them in support of their defense to the preference letter. I believe they have a valid defense and they are not willing to make any settlement offer. There are no other assets to pursue; trustee to file Report of No Distribution.

Initial Projected Date of Final Report (TFR): 05/06/16          Current Projected Date of Final Report (TFR): 05/06/16

/s/    MARCIA T. DUNN, TRUSTEE
_____    Date: 01/28/15
    MARCIA T. DUNN, TRUSTEE